**In the Interest of M.D., B.D.A.D. and R.R.J.D., Plaintiff;**

**Juvenile Officer, Respondent,**

v.

**A.R.L. (Mother), Appellant;**

**G.A.D. (Father), Defendant;**

**J.M. and J.M., Defendants.**

**No. WD 60043.**

Missouri Court of Appeals, Western District.

Jan. 18, 2002.

Bryan C. Breckenridge, Nevada, MO, Attorney and Guardian for M.D., B.D.A.D. and R.R.J.D.

Lynn Moore Ewing, III, for Respondent.

Before: HOLLIGER, P.J., ULRICH and HARDWICK, J.J.

### ORDER

PER CURIAM.

A.R.L., the natural mother, appeals the trial court's decision to terminate her parental rights to three minor children. She challenges the sufficiency of the evidence and the lack of specific findings to support the termination decision. We affirm the trial court's judgment. Rule 84.16(b).